IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER SACRAMENTO CERTIFIED DEVELOPMENT CORPORATION, | No. CIV S-11-1865-KJM-CKD |
| Plaintiff, | |
| vs. | |
| PLACER TITLE COMPANY, et al., | ORDER SETTING SETTLEMENT CONFERENCE |
| Defendants. | |
| _____/ | |

The parties requested referral to settlement conference at the status (pretrial) scheduling conference which took place on December 7, 2011. Accordingly, this case will be referred to Magistrate Judge Edmund F. Brennan to conduct a settlement conference on Thursday, February 9, 2012 at 10:00 a.m. in Courtroom 24.[1]

/////

/////

---

[1] The court notes that this date falls outside of the forty-five (45) day period following the status conference within which the court and the parties discussed a settlement conference would take place. However, this has no bearing on scheduling as the parties have agreed on the convenience of this date.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Edmund F. Brennan on February 9, 2012, at 10:00 a.m. at the U. S. District Court, 501 I Street, Sacramento, CA 95814 in Courtroom 24.

2. The parties are directed to submit confidential settlement conference statements to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements.

3. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. See Local Rule 270.

DATED: December 19, 2011.

_____
UNITED STATES DISTRICT JUDGE