GREGORY M. FINCH (SBN 091237)
Signature Law Group, LLP
3400 Bradshaw Rd., Ste. A-4A
Sacramento, CA 95827
Telephone:  (916) 856-5800
Facsimile:  (916) 880-5255
gfinch@signaturelawgroup.com

Attorney for
Greater Sacramento Certified Development Corporation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER SACRAMENTO CERTIFIED DEVELOPMENT CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>PLACER TITLE COMPANY, VIRGINIA M. NURISSO, MARTA SCHULZE, KEVIN G. SCHULZE, CHRISTOPHER J. SCHULZE, TRISTA J. SCHULZE, ABLE ENTERPRISES, LLC, JOHN GARY SCHULZE and MARTA S. SCHULZE for the JOHN GARY AND MARTA S. SCHULZE FAMILY REVOCABLE TRUST DATED JANUARY 8TH, 1997,<br><br>        Defendants. | Case No.  2:11-cv-01865-KJM-CKD<br><br>JOINT STIPULATED REQUEST AND ORDER CONTINUING SETTLEMENT CONFERENCE |

  Plaintiff Greater Sacramento Certified Development Corporation ("GSCDC") and Defendants Placer Title Company, Virginia M. Nurisso, Marta Schulze, Kevin G. Schulze, Christopher J. Schulze, Trista J. Schulze, Able Enterprises, LLC, John Gary Schulze and Marta S. Schulze for the John Gary and Marta S. Schulze Family Revocable Trust dated January 8th, 1997 (collectively "Defendants") through their respective counsel, hereby submit the following Stipulation and Proposed Order continuing the date of the Settlement Conference currently scheduled for April 12, 2012 at 10 a.m. to July 12, 2012 at 10 a.m.:

1.    A settlement conference was previously held in this matter before Magistrate Judge Edmund F. Brennan on February 9, 2012.  The case was not resolved at that time, and Judge Brennan determined that counsel for the Small Business Administration ("SBA") should be present at the next settlement conference.  (Docket # 47.)  The Court accordingly ordered that a further settlement conference be scheduled for April 12, 2012, at which counsel for SBA were ordered to appear.  (*Id*.)

2.    Subsequent to the Court's February 9, 2012 Minute Order, it was discovered that AUSA Colleen Kennedy, who is handling this matter for the United States on behalf of SBA, was not available on April 12, 2012.  In addition, Jill Hobby, District Counsel for SBA and the SBA representative most knowledgeable about this matter, has recently experienced unexpected health problems that would make her attendance at an April 12, 2012 settlement conference very difficult.

3.    The parties contacted the Court to attempt to identify a mutually agreeable date for a rescheduled settlement conference, and the Court's earliest available date that is also agreeable to all parties is July 12, 2012 at 10 a.m.  All parties and their counsel are available at this date and time and jointly agree and request that the Court reschedule the settlement conference accordingly.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED:  April 10, 2012                    BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY


                                          By    /s/ *Colleen M. Kennedy*
                                          _____
                                                   COLLEEN M. KENNEDY
                                                    Assistant U.S. Attorney
                                             Attorneys for the UNITED STATES

DATED:  April 10, 2012                    SIGNATURE LAW GROUP


                                          By:    /s/ *Gregory M. Finch*
                                          _____
                                                   GREGORY M. FINCH
                                                    Attorney for Plaintiff
                                             GREATER SACRAMENTO CERTIFIED
                                               DEVELOPMENT CORPORATION

DATED:  April 10, 2012                CVM LAW GROUP, LLP


                                      By:_____/s/ *Robert D. Collins*_____
                                                ROBERT D. COLLINS
                                               Attorneys for Defendant
                                             PLACER TITLE COMPANY


DATED:  April 10, 2012                LAW OFFICE OF JUDSON H. HENRY


                                      By:_____/s/ *Judson H. Henry*_____
                                              JUDSON HAMOR HENRY
                                       Attorney for Defendants CHRISTOPHER J.
                                      SCHULZE, JOHN GARY SCHULZE, KEVIN G.
                                        SCHULZE, MARTA SCHULZE, TRISTA J.
                                       SCHULZE, ALBE ENTERPRISES, LLC, and
                                         JOHN GARY SCHULZE and MARTA S.
                                       SCHULZE FAMILY REVOCABLE TRUST
                                             DATED JANUARY 8TH, 1997


DATED:  April 10, 2012                JAMES M. SULLIVAN, INC.


                                      By:_____/s/ *James M. Sullivan*_____
                                               JAMES M. SULLIVAN
                                       Attorney for Defendant VIRGINIA M. NURISSO


                                    **ORDER**

        This matter came before the Court on the parties' Stipulation to Continue the Settlement

Conference.  For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS

the Stipulation and GRANTS the relief requested therein.

        Accordingly, IT IS HEREBY ORDERED THAT the Settlement Conference currently set for

April 12, 2012 at 10 a.m. will be continued to July 12, 2012 at 10 a.m.

        IT IS SO ORDERED.


DATED:  April 10, 2012.
                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE