GREGORY M. FINCH (SBN 091237)
Signature Law Group, LLP
3400 Bradshaw Rd., Ste. A-4A
Sacramento, CA 95827
Telephone:  (916) 856-5800
Facsimile:   (916) 880-5255
gfinch@signaturelawgroup.com

Attorney for
Greater Sacramento Certified Development Corporation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER SACRAMENTO CERTIFIED DEVELOPMENT CORPORATION,<br><br>                          Plaintiff,<br><br>v.<br><br>PLACER TITLE COMPANY, VIRGINIA M. NURISSO, MARTA SCHULZE, KEVIN G. SCHULZE, CHRISTOPHER J. SCHULZE, TRISTA J. SCHULZE, ABLE ENTERPRISES, LLC, JOHN GARY SCHULZE and MARTA S. SCHULZE for the JOHN GARY AND MARTA S. SCHULZE FAMILY REVOCABLE TRUST DATED JANUARY 8TH, 1997,<br><br>                          Defendants. | Case No.  2:11-cv-01865-KJM-CKD<br><br>JOINT STIPULATED REQUEST AND ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR |

Plaintiff Greater Sacramento Certified Development Corporation ("GSCDC") and Defendants Marta Schulze, Kevin G. Schulze, Christopher J. Schulze, Trista J. Schulze, Able Enterprises, LLC, John Gary Schulze and Marta S. Schulze for the John Gary and Marta S. Schulze Family Revocable Trust dated January 8th, 1997 (collectively "the Schulze Defendants") through their respective counsel, hereby submit the following Stipulation and Proposed Order removing the Settlement Conference currently scheduled for October 4, 2012 at 10 a.m. from the Court's calendar:

   1.   A settlement conference was held in this matter before Magistrate Judge Edmund F. Brennan on July 12, 2012.  The case was not resolved at that time, and Judge Brennan issued an Order

requiring the Schulze Defendants to submit certain financial documentation to GSCDC and the Small Business Administration ("SBA"), and requiring GSCDC and SBA to respond to that submission within certain timeframes. (Docket # 50.) At that time, pursuant to these parties' request that the Court reserve an additional settlement conference date in case it were needed, the Court set a Further Settlement Conference on October 4, 2012 at 10 a.m. (*Id.*)

2. The parties have since complied with the Court's Order regarding the financial information submitted by the Schulze Defendants and have collectively concluded that, in light of the parties' fundamental disagreement regarding the present financial condition of the Schulze Defendants' and their ability to pay their debt to SBA, going forward with the October 4, 2012 Settlement Conference would not be productive and would waste the parties' and judicial resources. GSCDC, SBA, and the Schulze Defendants therefore request that the October 4, 2012 Settlement Conference be canceled and removed from the Court's calendar.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 10, 2012        BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY


                                 By  /s/ *Colleen M. Kennedy*
                                     COLLEEN M. KENNEDY
                                     Assistant U.S. Attorney
                                     Attorneys for the UNITED STATES


DATED: September 10, 2012        SIGNATURE LAW GROUP


                                 By:  /s/ *Gregory M. Finch*
                                      GREGORY M. FINCH
                                      Attorney for Plaintiff
                                      GREATER SACRAMENTO CERTIFIED
                                      DEVELOPMENT CORPORATION

1  DATED: September 10, 2012                LAW OFFICE OF JUDSON H. HENRY

3                                           By:   /s/ *Judson H. Henry*
                                                  JUDSON HAMOR HENRY
4                                                 Attorney for Defendants CHRISTOPHER J.
                                                  SCHULZE, JOHN GARY SCHULZE, KEVIN G.
                                                  SCHULZE, MARTA SCHULZE, TRISTA J.
                                                  SCHULZE, ALBE ENTERPRISES, LLC, and
                                                  JOHN GARY SCHULZE and MARTA S.
                                                  SCHULZE FAMILY REVOCABLE TRUST
                                                  DATED JANUARY 8TH, 1997

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the Settlement Conference currently set for October 4, 2012 at 10 a.m. is dropped from calendar.

IT IS SO ORDERED.

DATED: September 11, 2012.

                                            _____
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE