1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER SACRAMENTO DEVELOPMENT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>VIRGINIA M. NURISSO, et al.,<br><br>    Defendants. | No. 2:11-CV-01865-KJM-CKD<br><br><br>ORDER |

       The parties jointly request a sixty-day delay, Joint Req. to Delay Decision on Pl.'s Mot. for Summ. J. at 1, ECF No. 82, before the court rules on plaintiff Greater Sacramento Development Corporation's pending motion for summary judgment, Pl.'s Mot. for Summ. J., ECF No. 75. In light of the parties' assurances that they "have been [engaged] in earnest negotiations and believe that settlement can be reach[ed] within" that period, the court will grant the request. However, noting the absence of parties or counsel at the properly noticed April 11, 2014 hearing, the court cautions that any further failing to comply with its orders or deadlines may result in issuance of an order to show cause and imposition of sanctions, including dismissal.

       For the foregoing reasons, the court GRANTS the motion. The court delays issuing a decision on the pending motion for summary judgment for sixty days from the date of

1

1 this order.  If the parties fail to file a notice of settlement and dispositional documents with the
2 court by that date, the order will issue.
3        IT IS SO ORDERED.
4 DATED:  April 16, 2014.

                                      UNITED STATES DISTRICT JUDGE